IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILTON LAWRENCE BROWN, | No. C-09-3069 TEH (PR) |
| Petitioner, | |
| v. | ORDER OF DISMISSAL |
| INTERNAL REVENUE SERVICE, et. al., | |
| Respondent(s). | (Doc. ## 2, 3 & 5) |

This habeas corpus action by a pro se prisoner was filed on July 8, 2009. The court notified Petitioner in writing at that time that the action was deficient because he did not pay the requisite $ 5.00 filing fee or, instead, submit a signed and completed court-approved in forma pauperis application, including a signed and completed certificate of funds in the prisoner's account and a copy of the prisoner's trust account statement for the last six months. See 28 U.S.C. § 1915(a)(2). Petitioner was advised that failure to file the requested items within thirty (30) days would result in dismissal of the action.

On July 31, 2009, Petitioner submitted an in forma

1 pauperis application, and included the requisite certificate of
2 funds.  But the form is signed not by an "authorized officer of the
3 institution" but rather by Petitioner himself.  Petitioner's in
4 forma pauperis application, therefore, remains deficient.
5     Over three months have elapsed since Petitioner was
6 notified of his filing deficiency; however, he has not provided the
7 court with the requisite items, or sought an extension of time to do
8 so.  Accordingly, the action is DISMISSED without prejudice.
9     The Clerk shall close the file and terminate all pending
10 motions as moot.

12     IT IS SO ORDERED.

14 DATED     10/08/09            *[signature]*
                                  THELTON E. HENDERSON
15                                United States District Judge

26 G:\PRO-SE\TEH\HC.09\Brown-09-3069-dismissal-ifp.wpd

**2**